# LAW OFFICE OF
# BARRY R. GLAZER, P.C.

ATTORNEY AT LAW
P.O. BOX 27166
1010 LIGHT STREET
BALTIMORE, MARYLAND 21230

www.barryglazer.com

Telephone: 410-547-8568                                   Facsimile: 410-547-0036

| | |
|---|---|
| Barry R. Glazer | Aman S. Aulakh |
| Roman I. Choma | Justin A. Turner |
| Peter J. Kochanski | Justin R. Metheny * |
| Charles H. Edwards IV | *Licensed To Practice In PA/NJ Not MD* |

August 10, 2016

Hon. J. Frederick Motz
101 W. Lombard Street
Baltimore, MD 21201

Re:    Case:          Zeola Crawford v. State of Maryland, et al.
       Case No.:      JFM-15-cv-679 (State Court Case No. 24-C-15-000462)

Dear Judge Motz:

I am writing this letter as a request for a marginal order extending the time the plaintiff has to submit her response to the pending motion for summary judgment due to the premature delivery of my law clerk's child. I have secured the defendants' consent for this request and they will experience no prejudice.

   Thank you for your attention to this matter and if you have any questions please feel free to contact me.


Cordially,

   /s/

Charles H. Edwards IV