

Direct Dial: (410) 385-3865
Email: lschlie@milesstockbridge.com

September 7, 2016

The Honorable J. Frederick Motz
The U.S. District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

   Re: ***Zeola Crawford v. State of Maryland, et. al.***
     **Case No. JFM-15-cv-679**

Your Honor:

  In response to Mr. Edwards's correspondence on behalf of Plaintiff regarding the dismissal of the MTA police officers named in the above captioned case, defense counsel is in agreement that the relief sought in the Motions to Dismiss was as to the officers in their official capacities only. However, as laid out in more detail in our Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment (ECF No. 39), the officers were terminated in all capacities. The June 17, 2015 order also states that "the action is dismissed as to the defendants who filed a motion to dismiss." Per our conversation with the clerk, it is this portion of the order that resulted in an entry dismissing the officers in their entirety. While defendants moved only to dismiss the officers in their official capacity, this Court has the authority to go beyond the relief requested. As explained, defense counsel brought the dismissal of the officers to Plaintiff's counsel's attention multiple times. Plaintiff did not seek clarification at that time and did not move to reinstate the officers. In the interim, this case has been proceeding without the individual officers in the case in any capacity for more than a year and without any indication that Plaintiff and defense counsel were in disagreement about the remaining defendants.

  Should the Court determine that the entry of the order was made in error and the officers are back in the case in their individual capacities, defense counsel respectfully would request that discovery be reopened and the officers be permitted to file motions for summary judgment. Defense counsel would be happy to file a formal motion if necessary. To allow the case to go forward at this point against the officers after the close of discovery would be extraordinarily prejudicial.

  Defense counsel would be happy to appear for a status conference to discuss further, either in person or via telephone if helpful to Your Honor.

100 LIGHT STREET | BALTIMORE, MD 21202-1153 | 410.727.6464 | milesstockbridge.com

EASTON, MD • FREDERICK, MD • ROCKVILLE, MD • TOWSON, MD • TYSONS CORNER, VA • WASHINGTON, D.C.



Sincerely,

Lynn C. Schlie

LCS:jh
Enclosure