IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ZEOLA CRAWFORD | * | |
| v. | * | Civil No. – JFM-15-679 |
| STATE OF MARYLAND, ET AL. | * | |

## REVISED ORDER

Six of the defendants having filed motions to dismiss in their official capacities, plaintiff having failed to respond to the motions after having been granted an extension of time to do so, and it appearing that the motions are well-founded, it is, this 9th day of September 2016

1. The motions to dismiss filed by six of the defendants in their official capacities (documents 12, 13, 14, 15, 16, and 17) are granted; and
2. This action is dismissed as to the individual defendants in their official capacities who filed a motion to dismiss.

J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2016 SEP -9 AM 11:48
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

1